### RICHARDSON v. THE STATE.

ATKINSON, J. There was no complaint that any error was committed on the trial. The evidence authorized the verdict, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*
AUGUST 11, 1915.

Indictment for murder. Before Judge Wright. Floyd superior court. May 28, 1915.

*F. W. Copeland,* for plaintiff in error.

*Clifford Walker, attorney-general, W. H. Ennis, solicitor-general,* and *Mark Bolding,* contra.